**Phil Stewart & Company, appellee, v. E. I. DuPont DeNemours & Company, appellant. Gen. No. 8,325.**

Opinion filed April 22, 1930.

Graham & Graham, for appellant. Doyle, Sampson & Giffin, Terry Lindner and Alfred F. Newkirk, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

**Amanda J. Edenburn, executrix of the last will and testament of William T. Edenburn, deceased, appellee, v. M. S. Campbell, appellant. Gen. No. 8,402.**

Opinion filed April 22, 1930.

Jones, McIntire & Jones, for appellant. Graham & Dysert, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

**Thomas Tolbert, appellant, v. Minnie Snyder et al., appellees. Gen. No. 8,397.**

Opinion filed April 22, 1930.

Ira J. Covey and Edwin L. Covey, for appellant. William A. Potts, for appellee; Robert H. Allison, of counsel.

Mr. Justice Shurtleff delivered the opinion of the court.

**Capitola Wells et al., plaintiffs in error, v. Springfield Life Insurance Company, defendant in error. Gen. No. 8,410.**

Opinion filed April 22, 1930.

Omer Poos and Dryer & Brown, for plaintiffs in error. Hill & Bullington and H. E. Fullenwider, for defendant in error.

Mr. Justice Shurtleff delivered the opinion of the court.